IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TITUS LAMAR CLARK,<br>    Petitioner<br><br>v.<br><br>VINCENT MOONEY,<br>    Respondent | :<br>:<br>:   No. 1:15-cv-1567<br>:<br>:   (Judge Kane)<br>:<br>:   (Magistrate Judge Saporito)<br>: |

## ORDER

Before the Court in the above-captioned action is the April 26, 2017 Report and Recommendation of Magistrate Judge Saporito (Doc. No. 13), recommending dismissal of this petition for writ of habeas corpus submitted pursuant to 28 U.S.C. § 2254 (Doc. No. 1), as moot. No timely objections have been filed.

**ACCORDINGLY**, on this 19th day of May 2017, upon review of the record and the applicable law, **IT IS ORDERED THAT**:

1. The Court adopts the Report and Recommendation (Doc. No. 13), of Magistrate Judge Saporito;

2. Petitioner Titus Lamar Clark's petition for a writ of habeas corpus is **DISMISSED**;

3. A certificate of appealability **SHALL NOT ISSUE**; and

4. The Clerk of Court is directed to close the case.

                                             s/ Yvette Kane
                                             Yvette Kane, District Judge
                                             United States District Court
                                             Middle District of Pennsylvania